**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIDORI YAMADA, <br><br> Plaintiff, <br><br> v. <br><br> CHASE BANK USA, N.A., <br><br> Defendant. | Case No. 10-cv-06524-AHM (RZx) <br><br> **ORDER ON STIPULATED MOTION OF DISMISSAL** |

Pursuant to the Joint Motion of the parties and their stipulation thereto, all claims asserted in this action are dismissed **with prejudice**. Each of the parties to shall bear its own costs, attorneys' fees, and all other expenses incurred in connection with this action.

IT IS SO ORDERED.

Dated: May 16, 2011

JS-6

Hon. A. Howard Matz
United States District Court